Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00207-CV

## IN RE LEGAL XTRANET, INC. d/b/a ELUMICOR

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                   Karen Angelini, Justice
                   Steven C. Hilbig, Justice

Delivered and Filed:  April 6, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On March 23, 2011, relator filed a petition for writ of mandamus and a motion for temporary relief. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-04247, styled *Legal Xtranet, Inc. d/b/a Elumicor*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable David A. Berchelmann presiding.